# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**KEYA TURNER**                                                        **PLAINTIFF**

v.                     Case No. **2:21-cv-00104 KGB**

**CITY OF WEST MEMPHIS**                                  **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal without prejudice (Dkt. No. 11). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal. The action is dismissed without prejudice, with each party to bear their own costs and fees.

So ordered this the 24th day of June, 2022.

_____
Kristine G. Baker
United States District Judge